Rachel Seaton Brownell (N.J. Bar No. 021842011)
**LITTLER MENDELSON, P.C.**
One Newark Center, Eighth Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BETSY FRESSE,<br><br>                  Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION d/b/a, STARBUCKS COFFEE COMPANY<br><br>                  Defendant. | Civil Action No. 2:20-cv-16567-MCA-LDW<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**<br><br>*Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto that the time for Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Defendant") to answer, move or otherwise respond to Plaintiff's Complaint herein is hereby extended from December 24, 2020, up to and including January 22, 2021. No previous request for an extension of time has been made.

Dated: December 23, 2020

| | |
|---|---|
| **RUTA, SOULIOS & STRATIS, ESQ.**<br>Attorneys for Plaintiff | **LITTLER MENDELSON, P.C.**<br>Attorneys for Defendant |
| By: */s/ Demetrios K. Stratis* | By: */s/ Rachel Seaton Brownell* |
| Demetrios K. Stratis, Esq.<br>10-04 River Rd.<br>Fair Lawn, NJ 07410<br>(201) 794-6200 | Rachel Seaton Brownell, Esq.<br>One Newark Center, 8th Floor<br>Newark, NJ 07102<br>(973) 848-4700 |

**SO ORDERED:**

_____
Hon. Leda D. Wettre, U.S.M.J.

Dated: _____, 2020

4814-4405-2693.1